1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  TOBY M. HARUNO,                          )
                                          )
8                        Plaintiff,        )        Case No. 2:13-cv-01354-APG-PAL
                                          )
9  vs.                                     )        **ORDER**
                                          )
10 JENNIFER M. FOWLER HARUNO,              )        (Mtn to Withdraw - Dkt. #10)
                                          )
11                                         )
                         Defendant.        )
12 _____     )

13        This matter is before the court on the Motion to Withdraw as Attorney of Record (Dkt. #10)

14 filed August 16, 2013.  Marshall S. Willick and Trevor Creel seek to withdraw as counsel of record for

15 Defendant Jennifer M. Fowler Haruno.  The Motion represents that counsel was only retained to

16 represent Defendant at the initial administrative proceeding in this case, and that service has now been

17 completed.  Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of

18 discovery, the trial or any hearing in the case would result."  Plaintiff filed the Complaint (Dkt. #1) on

19 July 31, 2013.  Defendant's verified answer is due by August 29, 2013.  *See* Minutes of Proceedings

20 (Dkt. #8).  An evidentiary hearing is scheduled before the district judge on October 1, 2013.  *Id.*

21        Having reviewed and considered the matter, and for good cause shown,

22        **IT IS ORDERED:**

23        1.     The Motion to Withdraw as Counsel of Record (Dkt. #10) is GRANTED.

24        2.     Defendant Jennifer M. Fowler Haruno shall have until **September 23, 2013,** in which to

25               retain new counsel who shall file a notice of appearance in accordance with the Local

26               Rules of Practice or to file a statement that she will proceed pro se.

27        3.     Failure to comply with this order may result in a recommendation to the District Judge

28               for sanctions, including case-dispositive sanctions.

1    4.      The Clerk of Court shall serve a copy of this Order on Defendant at:

2

Jennifer M. Fowler Haruno
2105 Baywater Ave.
3    N. Las Vegas, NV 89084

4    Dated this 22nd day of August, 2013.

5

6                                   PEGGY A. LEEN

7                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28